IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| THE ESTATE OF THOMAS EUGENE MADDOX, SR. BY AND THROUGH HIS ADMINISTRATOR CAROLYN CALHOUN and MATTHEW MADDOX, | * * * * * * | CV612-36<br>Case No. |
| Plaintiffs, | * * | _____ |
| v. | * * | |
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, | * * * * | (Removed from the Superior Court of Toombs County) |
| Defendant. | * | |

## DEFENDANT METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

COMES NOW Defendant METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY (hereinafter "Defendant"), and hereby gives notice pursuant to 28 U.S.C. §§ 1441 and 1446 of the removal of this action from the Superior Court of Toombs County, case number 12-CV-235, to the United States District Court for the Southern District of Georgia, Statesboro Division. In support thereof, Defendant respectfully shows to this honorable Court the following facts:

1.

The above-styled action was commenced in the Superior Court of Toombs County, State of Georgia on March 16, 2012 as Civil Action No. 12-CV-235.

2.

Defendant was served with a copy of the Summons and Complaint on March 29, 2012 at the office of its registered agent in Georgia.

3.

This notice of removal of the case to this United States District Court is filed by Defendant within thirty (30) days of receipt of the complaint, from which it was first ascertained that the case was one which has become removable, in accordance with the provisions of 28 U.S.C. §§ 1441 and 1446.

4.

The parties to this action are plaintiffs, the Estate of Thomas Eugene Maddox, Sr., by and through his Administrator Carolyn Calhoun, and Matthew Maddox, citizens of the State of Georgia; and defendant Metropolitan Property and Casualty Insurance Company, a corporation organized and existing under the laws of the state of Rhode Island, maintaining its principal place of business in Warwick, Rhode Island. The Defendant is diverse from the plaintiffs.

5.

In this action, plaintiffs seek to recover general and special damages, including punitive damages, for total loss of a dwelling and the personal property found therein by fire allegedly occurring on July 26, 2011. On information and belief, the total of the damages claimed exceeds $75,000.00.

6.

Therefore, this action is one over which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332, in that (a) plaintiffs and Defendant are citizens of different states, and (b) the matter in controversy has a value, exclusive of interest and costs, in excess of $75,000.00.

7.

Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) and Local Rule 2.1(c), S.D.Ga., on the grounds that a substantial part of the events and omissions giving rise to the claim occurred in this District.

8.

Attached hereto and made a part hereof by reference are true and correct copies of the following documents filed in the Superior Court of Toombs County, Georgia:

Exhibit A – Complaint;

Exhibit B – Summons;

Exhibit C – Sheriff's Entry of Service;

Exhibit D – Defendant Metropolitan Property and Casualty Insurance Company's Notice to the Superior Court of Toombs County, Georgia of Removal of Action to the United States District Court;

Exhibit E – Plaintiff's First Interrogatories to Defendant;

Exhibit F – Notice to Produce and Request for Production of Documents.

WHEREFORE, Defendant Metropolitan Property and Casualty Insurance Company prays that the Superior Court of Toombs County, State of Georgia, proceed no further with Civil Action No. 12-CV-235, and that said action be and hereby is removed from the Superior Court of Toombs County, Georgia, to the United States District Court for the Southern District of Georgia, Statesboro Division.

Respectfully submitted, this 18th day of April, 2012.

/s/ *Edward C. Bresee, Jr.*
EDWARD C. BRESEE, JR.
Georgia Bar No. 004820
*Attorney for Defendant*

MOZLEY, FINLAYSON & LOGGINS LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342
Telephone: (404) 256-0700
Facsimile: (404) 250-9355
mbresee@mfllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing *"Defendant Metropolitan Property and Casualty Insurance Company's Notice of Removal to the United States District Court"* with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to the following attorneys of record:

Tina E. Maddox
Hamilton & Maddox, LLC
P. O. Box 1343
Vidalia, Georgia 30475
hamilton_maddox@yahoo.com

I hereby certify that I have also mailed by United States Postal Service the foregoing pleading to said counsel.

This 18th day of April, 2012.

/s/ *Edward C. Bresee, Jr.*
Edward C. Bresee, Jr.
Georgia Bar No. 004820

320454